(110 So. 920)

Willis GRIFFIN v. STATE. (4 Div. 227.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

RICE, J. Affirmed.

(110 So. 920)

Hollis GRIFFITH v. STATE. (6 Div. 970.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

RICE, J. Appeal dismissed.

(109 So. 925)

Tom GRIMES v. STATE. (7 Div. 230.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Talladega County; R. B. Carr, Judge. Grand larceny.

RICE, J. Affirmed.

(109 So. 925)

William GUIN v. STATE. (7 Div. 219.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Distilling.

RICE, J. Appeal dismissed.

(107 So. 925)

Charlie GUTHRIE v. STATE. (7 Div. 132.) (Court of Appeals of Alabama. Feb. 9, 1926.) Appeal from Circuit Court. Talladega county; R. B. Carr, Judge. Violating prohibition law. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The record in this case contains no judgment of conviction. There being, therefore, nothing to support the appeal, the same is dismissed. Appeal dismissed.

(109 So. 925)

Milton HAMBRICK v. STATE. (8 Div. 432.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Madison County; J. E. Horton, Judge. Obscene language in presence of a woman.

SAMFORD, J. Affirmed.

(108 So. 923)

John HAMPTON v. STATE. (6 Div. 981.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Grand larceny.

SAMFORD, J. Appeal dismissed.

(106 So. 917)

Willie HARDAWAY v. STATE. (4 Div. 87.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Second degree murder.

RICE, J. Appeal dismissed.

(110 So. 920)

Alphus HARDY v. STATE. (4 Div. 247.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Henry County; H. A. Pearce, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

(110 So. 920)

Peter HARPER v. STATE. (4 Div. 275.) (Court of Appeals of Alabama. Dec. 16, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed by appellant.

(108 So. 923)

Henry G. HARRIS v. CITY OF TUSCALOOSA. (6 Div. 924.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(108 So. 924)

Henry G. HARRIS v. CITY OF TUSCALOOSA. (6 Div. 925.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Appeal dismissed.

(110 So. 920)

John HARRIS v. CITY OF TUSCALOOSA. (6 Div. 946.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Wright & Clark, of Tuscaloosa, for appellant. S. H. Sprott, of Tuscaloosa, for appellee.

BRICKEN, P. J. The appellant, John Harris, was tried and convicted of violating the prohibition laws of the city of Tuscaloosa, and from the judgment of conviction in the circuit court he appealed. The cause is here submitted upon motion of appellee to affirm. No assignment of error has been made, and no brief of appellant filed, as the law requires. The motion to affirm is therefore granted. Martin v. City of Birmingham, 19 Ala. App. 70, 94 So. 789, and cases cited. Affirmed.